**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      )<br>               ) <br>   **Plaintiff,**    )<br>               )<br>   **v.**          )<br>               )<br>**SETH C. SUNDBERG a/k/a FRANCO**   )<br>**METCALF and RASHEA ROBERTS,**     )<br>               )<br>   **Defendants.**  )<br>_____) | CASE NO. 3:09-cv-004085-MHP<br><br>[~~Proposed~~] **ORDER TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE SHOW CAUSE HEARING AS TO SETH SUNDBERG** |

The Court, having considered the United States' motion to extend the temporary restraining order and continue preliminary injunction hearing and the information contained therein, finds as follows:

Because of conflicting hearings in different divisions of this Court and for the reasons set forth in the Court's September 3, 2009 temporary restraining Order, good cause exists to extend the Court's temporary restraining Order and continue the preliminary injunction hearing only as to defendant Seth Sundberg. Accordingly,

**IT IS ORDERED** that the United States' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's September 3, 2009 temporary restraining Order [Rec. Doc. 5] only as to defendant Seth Sundberg is hereby **EXTENDED** for an additional ten (10) court days, or through Friday, October 2, 2009 at ~~4:10~~ 2:30 p.m.

1     **IT IS FURTHER ORDERED** that defendant Seth Sundberg shall appear before this Court
2 in Courtroom __15___ in the United States District Courthouse in San Francisco, California on the
3 _2nd_ day of __October_____, 2009, at _2:30___ a.m./p.m., to show cause, if any there be,
4 why this Court should not enter a preliminary injunction against Sundberg in the United States'
5 favor.  Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, defendant Seth Sundberg
6 may, on two (2) days' notice to plaintiff, file an application to modify or dissolve this Order, and
7 the Court shall proceed to determine such motion as expeditiously as the ends of justice require.

8     **IT IS FURTHER ORDERED** that defendant Seth Sundberg shall file and serve any
9 opposition to the issuance of a preliminary injunction, including any declarations, exhibits,
10 memoranda, or other evidence on which Sundberg intends to rely, and objections to any evidence
11 submitted by plaintiff, by no later than 2:30 p.m. of the fourth court day prior to the hearing on the
12 preliminary injunction.

13     **IT IS FURTHER ORDERED** that plaintiff shall file and serve any reply to defendant Seth
14 Sundberg opposition by no later than the second court day prior to the preliminary injunction
15 hearing.  Such documents shall be served by overnight mail upon Sundberg on the day following
16 the filing.

17     **IT IS FURTHER ORDERED** that there will be no direct examination of witnesses at the
18 preliminary injunction hearing in this matter.  Direct testimony shall be presented in the form of
19 declarations or affidavits.

20     **IT IS FURTHER ORDERED** that copies of the United States' motion and this Order may
21 be served on defendant Seth Sundberg by employees of the Internal Revenue Service or by anyone
22 authorized to effect service under the Federal Rules of Civil Procedure.  *See* FED. R. CIV. P. 4(c).

23     **THUS DONE AND SIGNED** on this _14th_ day of September__, 2009 at San Francisco,
24 California, at _2_:_15_ am/pm. 

26     _____
    Honorable Marilyn Hall Patel
    UNITED STATES DISTRICT

