**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 3:09-cv-004085-EMC |
| **Plaintiff,** ) | |
| ) | |
| v. ) | [PROPOSED] **ORDER RE: STIPULATION** |
| ) | **FOR ENTRY OF JUDGMENT AGAINST** |
| **SETH C. SUNDBERG a/k/a FRANCO** ) | **DEFENDANT RASHEA ROBERTS** |
| **METCALF and RASHEA ROBERTS,** ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to the stipulation of the parties [Dkt. #_64_], IT IS HEREBY ORDERED THAT:

(1) The stipulation is GRANTED.

(2) Judgment be entered in favor of the United States and against defendant Rashea Roberts in the amount of $26,000.00, plus additional statutory interest to accrue from August 31, 2009, under 28 U.S.C. § 1961(c), 26 U.S.C. §§ 6601, 6621, until paid in full.

(3) The Clerk of Court shall enter judgment accordingly.

ORDERED this _1st_ day of ___August___, 2011, at San Francisco, California.

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen